**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILFRED L. ANDERSON,** | ) | **CASE NO. 1:23 CV 2262** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **JUDGE PETER J. CORRIGAN,** | ) | |
| | ) | |
| Defendant. | ) | |

Accordingly, this action is **DISMISSED**. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith. Further, Plaintiff is permanently enjoined from filing any new actions in this Court or proceeding with any new actions transferred to this Court, without first seeking and obtaining leave of court as set forth in this Memorandum of Opinion and Order. Plaintiff is also enjoined from filing additional documents and Motions in this case.

_____ 11/27/2023
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**